# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 3, 2022

Lyle W. Cayce
Clerk

No. 22-30154

Kyle Jamar Harry,

*Petitioner—Appellant*,

*versus*

Travis Day, *Warden, B. B. Rayburn Correctional Center*; *Rayburn Correctional Center*,

*Respondents—Appellees*.

Application for Certificate of Appealability from the
United States District Court for the Eastern District of Louisiana
USDC No. 2:21-CV-1269

Before Elrod, Graves, and Ho, *Circuit Judges*.

Per Curiam:

Kyle Jamar Harry, Louisiana prisoner # 417647, seeks a certificate of appealability (COA) to appeal the dismissal of his 28 U.S.C. § 2254 application, which challenged his conviction for second degree murder, as barred by the statute of limitations. Harry argues that he was entitled to equitable tolling, his § 2254 application was timely under 28 U.S.C. § 2244(d)(1)(D), and his application was timely because he received ineffective assistance of counsel.

No. 22-30154

To obtain a COA, Harry must make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Where, as here, the district court's denial of federal habeas relief is based on procedural grounds, this court will issue a COA "when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Harry fails to make the requisite showing. Accordingly, his motions for a COA and appointment of counsel are DENIED. Because Harry fails to make the required showing for a COA, we do not reach whether the district court erred by denying an evidentiary hearing. *See United States v. Davis*, 971 F.3d 524, 534-35 (5th Cir. 2020), *cert. denied*, 142 S. Ct. 122 (2021).

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30154   Harry v. Day
                   USDC No. 2:21-CV-1269

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Whitney M. Jett, Deputy Clerk
                      504-310-7772

Mr. Matthew B. Caplan
Mr. Kyle Jamar Harry
Ms. Carol L. Michel